**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Pablo Celedonio            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-11453 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
27 Jul 2023, 10:57:06, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322