# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                           Chapter 13

PABLO CELEDONIO                      Bankruptcy No. 23-11453-AMC

5021 ROSEHILL STREET

PHILADELPHIA, PA 19120-

           Debtor

## CERTIFICATE OF SERVICE

      **AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
      PABLO CELEDONIO

      5021 ROSEHILL STREET

      PHILADELPHIA, PA 19120-

**Counsel for debtor(s), by electronic notice only.**
      MICHELE PEREZ CAPILATO, ESQ.
      500 OFFICE CENTER DRIVE
      SUITE 400
      FORT WASHINGTON, PA 19034-

**Counsel for the United States Trustee, by electronic notice only.**
      Office of the U.S. Trustee
      Eastern District of Pennsylvania
      833 Chestnut Street, Suite 500
      Philadelphia, PA  19107

Date: 9/27/2023                                                                        /s/ Kenneth E. West

                                                                    _____
                                                                    Kenneth E. West, Esquire
                                                                    Chapter 13 Standing Trustee