UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| PABLO CELEDONIO | : | |
| | : | |
| Debtor(s) | : | No. 23-11453 amc |

### CERTIFICATE OF SERVICE

I, Michele Perez Capilato, do hereby certify that I served a true and correct copy of the foregoing Amended Chapter 13 Plan via First-Class mail, CM/ECF, or other electronic notice to the following parties:

Kenneth E. West, Esquire
Standing Chapter 13 Trustee

Office of the United States Trustee

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

Snap On Credit LLC
950 Technology Way
Suite 301
Libertyville, IL 60048

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Westlake
C/O Peritus Portfolio Services II, LLC
P.O. Box 141419
Irving, TX 75014

PENNSYLVANIA HOUSING FINANCE AGENCY
211 North Front Street
Harrisburg, PA 17101

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

Dated: November 26, 2023    /s/ Michele Perez Capilato
Michele Perez Capilato, Esquire
Identification No. 90438
500 Office Center Drive, Suite 400

Fort Washington, PA 19034
(267) 513-1777
Fax 1(866) 535-8160
michelecapilatolaw@gmail.com
Attorney for Debtor