# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Pablo Celedonio<br>　　　　　　　　　Debtor<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br>its successors and/or assignees<br>　　　　　　　　　Movant<br>　　　vs.<br><br>Pablo Celedonio<br>　　　　　　　　　Debtor<br><br>Kenneth E. West<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 23-11453 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about August 23, 2023.

Dated: November 28, 2023

                Respectfully submitted,

                /s/Mark A. Cronin
                Mark A. Cronin, Esq.
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: (215) 627-1322
                mcronin@kmllawgroup.com