IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re                                               :
                                                    :    Chapter 13
    PABLO CELEDONIO,                  :
                                                    :    Bankruptcy No. 23-11453 (AMC)
          Debtor.          :
---------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

PLEASE TAKE NOTICE THAT Megan N. Harper enters her appearance as counsel for the City of Philadelphia/School District of Philadelphia in the above-captioned case pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and requests that all notices, motions, pleadings and other matters filed herein be served upon the following:

Megan N. Harper
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
Email: Megan.Harper@phila.gov

PLEASE TAKE FURTHER NOTICE that this request is made without submitting to the jurisdiction of the Court, without waiving service of process or otherwise waiving any rights.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: January 23, 2024          By:    */s/ Megan N. Harper*
                                        MEGAN N. HARPER
                                        Senior Attorney
                                        PA Attorney ID 81669
                                        City of Philadelphia Law Department
                                        Municipal Services Building
                                        1401 JFK Boulevard, 5th Floor
                                        Philadelphia, PA  19102-1595
                                        215-686-0503 (phone)
                                        Email: Megan.Harper@phila.gov
                                        *Counsel for the City of Philadelphia/School District of Philadelphia*