**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | **:** | CHAPTER 13 |
| PABLO CELEDONIO | : | |
| | : | |
| Debtor(s) | : | No. 23-11453 amc |

## CERTIFICATE OF NO RESPONSE

   COMES NOW, Michele Perez Capilato, Esquire, attorney for the above-captioned Debtor(s), and hereby certifies that **no objection** to the Motion to Approve Loan Modification, has been received as of this date, after being served upon interested parties on March 11, 2024.

April 3, 2024           Respectfully Submitted,

                /s/Michele Perez Capilato
                Michele Perez Capilato, Esquire
                Attorney I.D.  No.  90438
                500 Office Center Drive, Suite 400
                Fort Washington, PA 19034
                (267) 513-1777
                Fax 1(866) 535-8160
                perezcapilatolaw@yahoo.com