UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| PABLO CELEDONIO | : | |
| | : | |
| Debtor(s) | : | No. 23-11453 amc |

# **O R D E R**

**AND NOW**, this  9th  day of  April , 2024, it is hereby **ORDERED** that if Pablo Celedonio (the "Debtor") and PHFA ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

It is further **ORDERED** that in the event the parties enter into a loan modification, the Debtor shall (1) amend Schedules I and J to reflect any increase in monthly disposable income as a result of the loan modification, and (2) file an amended Chapter 13 plan reflecting the loan modification.

ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE