**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>PABLO CELEDONIO<br>     Debtor | Case No. 23-11453-amc |
| Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services,<br>     Movant | Chapter 13 |
| vs.<br>PABLO CELEDONIO<br>     Respondent | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this  24th  day of  May                          , 2024, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge