IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                             :
                                                 :    Chapter 13
    PABLO CELEDONIO,                    :
                                                 :    Case No. 23-11453 (AMC)
                Debtor.                 :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the following document filed by the City of Philadelphia:

Objection to Confirmation of the Plan, filed on January 23, 2024 [Docket No. 35].

                                             Respectfully submitted,

                                             THE CITY OF PHILADELPHIA

Dated: June 7, 2024          By:    */s/ Megan N. Harper*
                                             MEGAN N. HARPER
                                             Senior Attorney
                                             PA Attorney I.D. 81669
                                             Attorney for the City of Philadelphia
                                             City of Philadelphia Law Department
                                             Municipal Services Building
                                             1401 JFK Boulevard, 5th Floor
                                             Philadelphia, PA  19102-1595
                                             215-686-0503 (phone)
                                             Email: Megan.Harper@phila.gov