United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-11453-amc
Pablo Celedonio  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Nov 13, 2024 | Form ID: 155 | Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pablo Celedonio, 5021 Rosehill Street, Philadelphia, PA 19120-3938 |
| 14782720 | + | Finanta, 1301 N 2nd St, Philadelphia, PA 19122-4503 |
| 14891235 | + | Michele Perez Capilato, Esquire, 500 Office Center Drive, Suite 400, Fort Washington, PA 19034-3234 |
| 14782726 | + | Rebecca Solarz, Esquire, KML Law Group, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14782729 | + | U.S. Bank National Association, 211 North Front Street, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 14782731 | | Westlake Financial Services, POB 6809, Los Angeles, CA 90076-0809 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14807514 | Email/Text: megan.harper@phila.gov | Nov 14 2024 00:23:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14782730 | Email/Text: megan.harper@phila.gov | Nov 14 2024 00:23:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond Tax & Revenu, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd, 5th Floor, Philadelphia, PA 19102-1595 |
| 14827493 | Email/Text: megan.harper@phila.gov | Nov 14 2024 00:23:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14782717 | + Email/Text: bankruptcy@cavps.com | Nov 14 2024 00:23:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14783750 | + Email/Text: bankruptcy@cavps.com | Nov 14 2024 00:23:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14848798 | + Email/Text: megan.harper@phila.gov | Nov 14 2024 00:23:00 | City of Philadelphia/School District of Philadelph, c/o Megan N. Harper, City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14782718 | + Email/PDF: ebn_ais@aisinfo.com | Nov 14 2024 00:41:13 | DirecTV LLC, by AmericanInfoSource as agent, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14782719 | + Email/Text: BNCnotices@dcmservices.com | Nov 14 2024 00:23:00 | Emergency Care Services of Pennsylvania, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14782721 | Email/Text: bankruptcynotices@hycite.com | Nov 14 2024 00:23:00 | Hy Cite Enterprises/Royal Prestige, Attn: Bankruptcy, 333 Holtzman Road, Madison, WI 53713 |
| 14782722 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 14 2024 00:23:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 14788133 | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 23-11453-amc    Doc 76    Filed 11/15/24    Entered 11/16/24 00:41:17    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: 155 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 14 2024 00:30:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14801985 | + | Email/Text: blegal@phfa.org | Nov 14 2024 00:23:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14802432 | ^ | MEBN | Nov 14 2024 00:18:45 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14867590 | | Email/Text: peritus@ebn.phinsolutions.com | Nov 14 2024 00:23:00 | Peritus Portfolio Services, 433 E Las Colinas Blvd, Suite 475, Irving, Texas 75039 |
| 14782725 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2024 00:30:39 | Portfolio Recovery Associates LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 14784138 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14782724 | | Email/Text: blegal@phfa.org | Nov 14 2024 00:23:00 | Pennsylvania Housing Finance Agency, POB 15057, Harrisburg, PA 17105-5057 |
| 14867589 | + | Email/Text: EBN@brockandscott.com | Nov 14 2024 00:23:00 | Peritus Portfolio Services II ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14782728 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 14 2024 00:30:47 | T-Mobile USA Inc, by American Info Source as Agent, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14800861 | + | Email/Text: peritus@ebn.phinsolutions.com | Nov 14 2024 00:23:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 141419, Irving, TX 75014-1419 |
| 14782732 | ^ | MEBN | Nov 14 2024 00:18:35 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14782723 | | Pennsylvania Department of Revenue |
| 14782727 | | Snap On Credit LLC, 950 Technology Way, Suite 301 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: 155 | Total Noticed: 27 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Peritus Portfolio Services II  LLC as servicer for Westlake Financial Services andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MARIO J. HANYON | on behalf of Creditor Peritus Portfolio Services II  LLC as servicer for Westlake Financial Services wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHELE PEREZ CAPILATO | on behalf of Debtor Pablo Celedonio michelecapilatolaw@gmail.com perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Pablo Celedonio<br><br>   Debtor(s). | Case No. 23−11453−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: November 12, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court