### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Pablo Celedonio
            Debtor(s)                                          Case No: 23−11453−amc

                                                               Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default by Creditor Peritus Portfolio
Services II, LLC as servicer for Westlake Financial Service. filed
by Debtor Pablo Celedonio

on: 1/28/25

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For
connection dial in information see, Standing Order
M−20−3003

For The Court

Date:  1/10/25

Timothy B. McGrath
Clerk of Court