# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE

| | | |
|---|---|---|
| PABLO CELEDONIO | : | CHAPTER 13 |
| | : | |
| | : | |
| Debtor(s) | : | No. 23-11453 AMC |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

COMES NOW, PABLO CELEDONIO, the above-captioned Debtor, by and through counsel of record herein, Michele Perez Capilato, Esquire, and respectfully requests that Docket entry No. 78, Debtor's Objection to the Certification of Default filed by Peritus Portfolio Services II, LLC, be WITHDRAWN.

Dated: February 10, 2025                    MICHELE PEREZ CAPILATO, ESQUIRE

/s/ Michele Perez Capilato
Michele Perez Capilato, Esquire
I.D. No. 90438
Attorney for Debtor
500 Office Center Drive
Suite 400
Fort Washington, PA 19034
(267) 513-1777
Fax 1 (866) 535-8160
michelecapilatolaw@gmail.com
Attorney for Debtor