**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>PABLO CELEDONIO<br>　　　Debtor | Case No. 23-11453-amc |
| Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services,<br>　　　Movant | Chapter 13 |
| vs.<br>PABLO CELEDONIO<br>　　　Respondent | 11 U.S.C. §362 |

## ORDER MODIFYING SECTION §362 AUTOMATIC STAY

　　Upon consideration of the Movant of Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

　　**ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

　　**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to the property as more fully described as 2018 Honda CR-V, VIN: 2HKRW2H50JH600488, to permit Movant, its successors or assignees to proceed with its rights under the terms of said Contract as per state law; and it is further:

　　**ORDERED** that the Trustee is directed to cease making any further distributions to the Movant; and it is further:

　　**ORDERED** that Rule 4001(a)(3) is not applicable and Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**Date: February 14, 2025**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　CHIEF BANKRUPTCY JUDGE

PABLO CELEDONIO
5021 ROSEHILL STREET

PHILADELPHIA, PA 19120

MICHELE PEREZ CAPILATO
500 Office Center Drive
Suite 400
Fort Washington, PA 19034

KENNETH E. WEST
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107