UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
|    PABLO CELEDONIO | : | |
| | : | |
|    Debtor(s) | : | No. 23-11453 amc |

CERTIFICATE OF NO OBJECTION

COMES NOW, Michele Perez Capilato, Esquire, attorney for the above-captioned Debtor, and hereby certifies that **no objection** to the Application for Compensation (Motion for Approval of Counsel Fees), served on October 12, 2025, has been received as of this date.

Dated: November 3, 2025       LAW OFFICES OF MICHELE PEREZ CAPILATO

                                                By: /s/ Michele Perez Capilato
                                                Michele Perez Capilato, Esquire
                                                Identification No. 90438
                                                500 Office Center Drive, Suite 400
                                                Fort Washington, PA 19034
                                                michelecapilatolaw@gmail.com
                                                (267) 513-1777
                                                Fax 1(866) 535-8160

                                                Attorney for Debtor(s)